BRYAN H. HECKENLIVELY (State Bar No. 279140)
bryan.heckenlively@mto.com
ALBERTO DE DIEGO-HABEL (State Bar No. 342930)
alberto.dediego@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

ESTHENA BARLOW (D.C. Bar No. 90000252) (admitted *pro hac vice*)
esthena.barlow@mto.com
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue NW
Suite 500 E
Washington, D.C. 20001
Telephone: (202) 220-1100
Facsimile: (202) 220-2300

Attorneys for Defendants
BOARD OF TRUSTEES OF THE
CALIFORNIA STATE UNIVERSITY, ET AL.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SANG HEA KIL,

Plaintiff,

v.

BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY; CYNTHIA TENIENTE-MATSON; VINCENT DEL CASINO; and JEANNE DURR,

Defendants.

Case No. 5:26-cv-07075-SVK

**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

Judge: Hon. Susan van Keulen

**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

Pursuant to Local Rule 6-2(a), Plaintiff Sang Hea Kil ("Plaintiff") and Defendants Board of Trustees of the California State University, Cynthia Teniente-Matson, Vincent Del Casino, and Jeanne Durr ("Defendants"), by and through their undersigned counsel, hereby stipulate as follows:

**WHEREAS**, on May 20, 2026, Plaintiff filed the Complaint in the Superior Court for the County of Santa Clara;

**WHEREAS**, on July 10, 2026, Defendants filed their Notice of Removal in this Court;

**WHEREAS**, the parties stipulated to extend Defendants' deadline to respond to the Complaint until August 10, 2026;

**WHEREAS**, Defendants intend to file a Motion to Dismiss the Complaint on or before August 10, 2026;

**WHEREAS**, per the Court's order of July 14, 2026, the Case Management Conference is scheduled for October 13, 2026;

**WHEREAS**, counsel for Defendants has a hearing scheduled in another matter in Los Angeles, California on October 13, 2026 at a time that overlaps with the Case Management Conference in this matter;

**WHEREAS**, on August 3, 2026, Defendants' counsel contacted the Court via email for alternative dates;

**WHEREAS**, on August 3, 2026, the Court provided counsel with two available dates for the Case Management Conference, October 15, 2026 and November 10, 2026;

**WHEREAS**, counsel have met and conferred, and counsel for all parties would be available for a Case Management Conference on November 10, 2026;

**NOW, THEREFORE**, Plaintiff and Defendants, through their counsel, **HEREBY STIPULATE AND REQUEST** that this Court order as follows:

1. The Case Management Conference shall be continued from October 13, 2026, to November 10, 2026 at 9:30 a.m..

**SO STIPULATED:**

DATED: August 7, 2026

MUNGER, TOLLES & OLSON LLP

By: */s/ Bryan H. Heckenlively*
BRYAN H. HECKENLIVELY
ALBERTO DE DIEGO-HABEL
ESTHENA BARLOW (admitted pro hac vice)
Attorneys for Defendants BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, CYNTHIA TENIENTE-MATSON, VINCENT DEL CASINO, and JEANNE DURR

DATED: August 7, 2026

HADSELL STORMER RENICK & DAI LLP

By: */s/ Rebecca Brown*
REBECCA BROWN
BRIAN OLNEY
Attorneys for Plaintiff SANG HEA KIL

## FILER'S ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I certify that all other signatories listed above, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

By: *\/s/ Bryan Heckenlively*
BRYAN H. HECKENLIVELY
Attorney for Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

DATED: August 11_____, 2026

HON. SUSAN VAN KEULEN
United States Magistrate Judge