UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
GRANTED
Judge Susan van Keulen

BRYAN H. HECKENLIVELY (State Bar No. 279140)
bryan.heckenlively@mto.com
ALBERTO DE DIEGO-HABEL (State Bar No. 342930)
alberto.dediego@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

ESTHENA BARLOW (D.C. Bar No. 90000252) (admitted *pro hac vice*)
esthena.barlow@mto.com
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue NW
Suite 500 E
Washington, D.C. 20001
Telephone: (202) 220-1100
Facsimile: (202) 220-2300

Attorneys for Defendants
BOARD OF TRUSTEES OF THE
CALIFORNIA STATE UNIVERSITY, ET AL.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SANG HEA KIL,

Plaintiff,

v.

BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY; CYNTHIA TENIENTE-MATSON; VINCENT DEL CASINO; and JEANNE DURR,

Defendants.

Case No. 5:26-cv-07075-SVK

**STIPULATION EXTENDING GENERAL ORDER 71 DEADLINES**

**STIPULATION EXTENDING GENERAL ORDER 71 DEADLINES**

Pursuant to Local Rule 6-1(a), Plaintiff Sang Hea Kil ("Plaintiff") and Defendants Board of Trustees of the California State University, Cynthia Teniente-Matson, Vincent Del Casino, and Jeanne Durr ("Defendants"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on May 20, 2026, Plaintiff filed the Complaint in the Superior Court for the County of Santa Clara;

WHEREAS, on July 10, 2026, Defendants filed their Notice of Removal in this Court;

WHEREAS, the parties stipulated to extend Defendants' deadline to respond to the Complaint until August 10, 2026;

WHEREAS, Defendants filed a Motion to Dismiss the Complaint on August 10, 2026;

WHEREAS, this Court's General Order 71, Initial Discovery Protocols for Employment Cases Alleging Adverse Action, applies to this case;

WHEREAS, General Order 71 requires the parties to comply with its obligations within 30 days of Defendants' submission of a responsive pleading or motion;

WHEREAS, Plaintiff intends to file a First Amended Complaint, which will affect the scope of discovery, including the scope of General Order 71 responses;

WHEREAS, the parties have agreed to extend the deadline for any productions and disclosures required by General Order 71 by 60 days, until November 9, 2026;

NOW, THEREFORE, Plaintiff and Defendants, by and through their counsel, HEREBY STIPULATE to extend the parties' deadline to comply with General Order 71 until November 9, 2026.

**SO STIPULATED:**

DATED: August 13, 2026

MUNGER, TOLLES & OLSON LLP

By: *___/s/ Bryan H. Heckenlively___*

BRYAN H. HECKENLIVELY
ALBERTO DE DIEGO-HABEL
ESTHENA BARLOW (admitted pro hac vice)
Attorneys for Defendants BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, CYNTHIA TENIENTE-MATSON, VINCENT DEL CASINO, and JEANNE DURR

DATED: August 13, 2026

HADSELL STORMER RENICK & DAI LLP

By: *___/s/ Rebecca Brown___*

REBECCA BROWN
BRIAN OLNEY
Attorneys for Plaintiff SANG HEA KIL

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I certify that all other signatories listed above, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

By: *\/s/ Bryan H. Heckenlively*
BRYAN H. HECKENLIVELY
Attorney for Defendants