Brian Olney, Esq. [S.B. #298089]
Rebecca Brown, Esq. [S.B. #336638]
HADSELL STORMER RENICK & DAI LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Tel: (626) 585-9600 / Fax: (626) 577-7079
Emails: bolney@hadsellstormer.com
rbrown@hadsellstormer.com

Attorneys for Plaintiff
SANG HEA KIL

Bryan H. Heckenlively (State Bar No. 279140)
bryan.heckenlively@mto.com
Alberto De Diego-Habel (State Bar No. 342930)
alberto.dediego@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105-2907
Tel: (415) 512-4000 / Fax: (415) 512-4077

[Additional Counsel Cont. on next page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SANG HEA KIL,<br><br>Plaintiff,<br><br>v.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, et al.,<br><br>Defendants. | Case No. 5:26-cv-7075-SVK<br><br>[Assigned to the Honorable Susan Van Keulen – Courtroom 9, 19th Floor]<br><br>**JOINT STIPULATION TO FILE FIRST AMENDED COMPLAINT**<br><br>Action filed: May 20, 2026 |

[Additional Counsel Cont. from previous page]

Esthena Barlow (D.C. Bar No. 90000252)*
esthena.barlow@mto.com
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue NW, Suite 500 E
Washington, D.C. 20001
Tel: (202) 220-1100 / Fax: (202) 220-2300

* *Admitted pro hac vice*

Attorneys for Defendants

**TO THE HONORABLE SUSAN VAN KEULEN, UNITED STATES DISTRICT JUDGE:**

Plaintiff Sang Hea Kil and Defendants Board of Trustees of the California State University, Cynthia Teniente-Matson, Vincent Del Casino, and Jeanne Durr (collectively "the Parties"), by and through their respective counsel of record, stipulate to the following:

WHEREAS, on May 20, 2026, Plaintiff filed the Complaint in the Superior Court for the County of Santa Clara;

WHEREAS, on July 10, 2026, Defendants filed their Notice of Removal in this Court;

WHEREAS, the Parties stipulated to extend Defendants' deadline to respond to the Complaint until August 10, 2026;

WHEREAS, on August 10, 2026, Defendants filed a Motion to Dismiss the Complaint, which is set to be heard on September 29, 2026;

WHEREAS, pursuant to Local Rule 7-3, Plaintiff's Opposition to Defendants' Motion to Dismiss is due August 24, 2026;

WHEREAS, Plaintiff intends to file a First Amended Complaint;

WHEREAS, the Parties have met and conferred and agreed that as Plaintiff intends to file a First Amended Complaint, Plaintiff need not file an Opposition to Defendants' Motion to Dismiss and Plaintiff does not waive any opposition to Defendants' Motion to Dismiss;

WHEREAS, the Parties have agreed that Plaintiff shall file a First Amended Complaint by August 31, 2026; Defendants shall file any Motion to Dismiss the First Amended Complaint by September 14, 2026; Plaintiff shall file any opposition to Defendants' Motion to Dismiss the First Amended Complaint by September 28, 2026; Defendants shall file any reply to their Motion to Dismiss the First Amended Complaint by October 12, 2026; and Defendants shall notice a hearing on any Motion to Dismiss the First Amended Complaint for November 3, 2026, or the soonest available date thereafter;

THEREFORE, the Parties stipulate to the following:

(1) Plaintiff need not file an Opposition to Defendants' Motion to Dismiss and Plaintiff does not waive any opposition to Defendants' Motion to Dismiss;

(2) Plaintiff shall file a First Amended Complaint by August 31, 2026;

(3) Defendants shall file any Motion to Dismiss the First Amended Complaint by September 14, 2026;

(4) Plaintiff shall file any opposition to Defendants' Motion to Dismiss the First Amended Complaint by September 28, 2026;

(5) Defendants shall file any reply to their Motion to Dismiss the First Amended Complaint by October 12, 2026; and

(6) Defendants shall notice a hearing on any Motion to Dismiss the First Amended Complaint for November 3, 2026, or the soonest available date thereafter.

**IT IS SO STIPULATED.**

Dated: August 21, 2026

Respectfully Submitted,

HADSELL STORMER RENICK & DAI LLP

By: /s/ - Rebecca Brown
Brian Olney
Rebecca Brown
Attorneys for Plaintiff SANG HEA KIL

Dated: August 21, 2026

MUNGER, TOLLES & OLSON LLP

By: /s/ - Bryan Heckenlively
Bryan H. Heckenlively
Alberto De Diego-Habel
Esthena Barlow
Attorneys for Defendants BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, CYNTHIA TENIENTE-MATSON, VINCENT DEL CASINO, and JEANNE DURR

**ATTESTATION**

I hereby attest that the other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: August 21, 2026

Respectfully Submitted,

HADSELL STORMER RENICK & DAI LLP

By: /s/ - Rebecca Brown
Brian Olney
Rebecca Brown
Attorneys for Plaintiff SANG HEA KIL

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: August 24, 2026

HON. SUSAN VAN KEULEN
United States Magistrate Judge