UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SANG HEA KIL,

Plaintiff,

v.

BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, et al.,

Defendants.

Case No. 26-cv-07075-SVK

**ORDER EXTENDING GENERAL ORDER 71 DEADLINES**

Re: Dkt. No. 36

Counsel for both Parties submitted a Joint Stipulation Extending General Order 71 Deadlines until November 23, 2026, six days after Defendants' Motion to Dismiss was set to be heard. Dkt. 36. On November 16, 2026, the Court reset Defendants' Motion to Dismiss hearing to December 1, 2026. Dkt. 38. In light of this altered hearing date, the Court hereby extends the deadline for any production and disclosures required by General Order 71 until December 7, 2026.

**SO ORDERED.**

Dated: November 24, 2026

SUSAN VAN KEULEN
United States Magistrate Judge

United States District Court
Northern District of California